THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUJUAN MARSHALL, Appellant. [889 NYS2d 862]—

Contrary to the defendant's contention, the sentence was not excessive merely because the sentencing court considered the defendant's prior youthful offender adjudication at the time of sentencing. " 'It is well established that in reaching a sentencing determination, the court may consider not only prior offenses for which the defendant was convicted, but even offenses for which he had not been convicted' " (*People v Whitehead*, 46 AD3d 715, 716 [2007], quoting *People v Khan*, 146 AD2d 806, 807 [1989]; *People v Gonzalez*, 242 AD2d 306, 307 [1997]).

There is no merit to the defendant's contention that he was denied the effective assistance of counsel at sentencing (*see Strickland v Washington*, 466 US 668 [1984]). Rivera, J.P., Covello, Angiolillo, Leventhal and Roman, JJ., concur.